UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES HUMENIK, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>REPRO MED SYSTEMS, INC. d/b/a/ KORU MEDICAL SYSTEMS, DON PETTIGREW, and KAREN FISHER,<br><br>Defendants. | Case No.  1:21-cv-02632-VEC<br><br>CONSOLIDATED CLASS ACTION<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF BRIAN PAVLICK FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Brian Pavlick ("Pavlick"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion of Pavlick for appointment as Lead Plaintiff for the Class and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart reflecting the financial interest of Pavlick in the above-captioned Consolidated Action (the "Consolidated Action"); |
| Exhibit B: | Press release published over *Business Wire* on March 26, 2021, announcing the pendency of the first-filed of the actions comprising the Consolidated Action; |
| Exhibit C: | Shareholder Certification executed by Pavlick; |
| Exhibit D: | Declaration executed by Pavlick; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 25, 2021, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1